# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
               Plaintiff, ) Case No.: 2:11-cr-00379-GMN-CWH
    vs. )
              ) **ORDER**
DAVID TORRADO, )
             Defendants. )

      Before the Court is Defendant's Motion for Hearing Concerning Defendant's Medical Treatment (ECF No. 40), filed on February 3, 2014. This motion is brought in accordance with the Court's Minutes of Proceedings at the Sentencing and Disposition of the Defendant, David Torrado on January 23, 2014 (ECF No. 37), wherein the Court directed Defendant's counsel, Craig Drummond, to contact the correctional facility as to the status of Defendant's referrals for medical testing.

      Prior to Defendant's sentencing on January 23, 2014, the Defendant filed with the Court a letter asking for assistance regarding his medical treatment and care (ECF No. 34). Defendant's counsel included Mr. Torrado's letter in Defendant's Sentencing Memorandum, as well as to the instant motion. Defendant's counsel indicates in his motion that he was informed by Steve Carpenter, Detention Management Inspector with the U.S. Marshal Service that on December 17, 2013, the Defendant was seen by a Gastroenterologist Specialist who prescribed an endoscopy examination of Mr. Torrado, based on his medical symptomology and history.

      Defendant is requesting an endoscopy examination as prescribed by a Gastroenterologist. Defendant's request was submitted by the U.S. Marshals Service in this district to the U.S. Marshals Service in Washington, D.C. wherein the request was

deferred/denied until the Defendant was assigned to a specific prison and transferred and medically evaluated at that facility.

As of this date, the Defendant has not been assigned a Bureau of Prisons designation and is being detained at the facility in Pahrump, Nevada.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Hearing Concerning Defendant's Medical Treatment (ECF No. 40) is **GRANTED in part and DENIED in part**. The hearing request is **DENIED**.

**IT IS FURTHER ORDERED** that based on the Defendant's medical symptomology and history as indicated by the Gastroenterologist Specialist that recently evaluated the Defendant, Defendant's request for an endoscopy examination as prescribed by the Gastroenterologist Specialist is hereby **GRANTED**. The U.S. Marshals Service is hereby directed to make the necessary arrangements for Defendant to receive an endoscopy examination as soon as is possible.

**DATED** this 4th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court